UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH R. SANTINI,

        Plaintiff,        Case Number 21-13045
v.        Honorable David M. Lawson
        Magistrate Judge Patricia T. Morris
KIM FARRIS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION

Presently before the Court is the report issued on February 15, 2022 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the plaintiff's motion for a preliminary injunction. The deadline for filing objections to the report has passed, and no objections have been filed. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 14) is **ADOPTED**.

It is further **ORDERED** that the motion for a preliminary injunction (ECF No. 5) is **DENIED**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: March 18, 2022