UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH R. SANTINI,

        Plaintiff,

v.

KIM FARRIS, KEITH PAPENDICK,
RICKY COLEMAN, and ERIN
PARR-MIRZA,

        Defendants.
_____/

Case Number 21-13045
Honorable David M. Lawson
Magistrate Judge Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT PARR-MIRZA'S MOTION TO DISMISS AND CONTINUING REFERRAL TO MAGISTRATE JUDGE

Presently before the Court is the report issued on January 30, 2023 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b), recommending that the Court deny defendant Erin Parr-Mirza's motion to dismiss or alternatively for summary judgment. The deadline for filing objections to the report has passed, and no objections have been filed. The defendant's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 44) is **ADOPTED**.

It is further **ORDERED** that defendant Erin Parr-Mirza's motion to dismiss or alternatively for summary judgment (ECF No. 36) is **DENIED**.

- 2 -

It is further **ORDERED** that the case is returned to the magistrate judge under the original order of reference (ECF No. 9).

s/David M. Lawson<br>DAVID M. LAWSON<br>United States District Judge

Dated:   February 27, 2023